**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

| | |
|---|---|
| Appellate case name: | Earnest Jerome Taylor, dba T&S Enterprises, and Lisa Taylor v. Jesus Vela, Blasa Vela, and Vela Ranch, LLC |
| Appellate case number: | 01-17-00370-CV |
| Trial court case number: | CI55847 |
| Trial court: | County Court at Law No. 2 and Probate Court of Brazoria County |

On May 18, 2017, appellants, Earnest Jerome Taylor, dba T&S Enterprises, and Lisa Taylor, filed a notice of an interlocutory appeal of an "Order," denying their application for a temporary injunction. The Clerk of this Court notified appellants that the Court might dismiss the appeal for want of jurisdiction unless a supplemental clerk's record showing that the trial court had signed an appealable order or judgment was filed or appellants filed a response showing that we have jurisdiction over the appeal. After we granted appellants' motion for an extension of time to respond, appellants' response was due by July 10, 2017. On July 6, 2017, appellants filed a second motion to extend the time to respond to this Court's notice. On July 9, 2017, the trial court clerk filed a supplemental clerk's record that includes a signed order denying the request for a temporary injunction. Accordingly, appellants' motion is **dismissed as moot**.

**Appellants' brief is due to be filed by July 31, 2017**. *See* TEX. R. APP. P. 4.1, 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
      ☑ Acting individually  ☐ Acting for the Court

Date: July 18, 2017